SPEKTORSKY, Deceased.— Decree affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of PHILIP REITER, Respondent, against FIRST POTOK ZLOTY PEACE JUSTICE BROTHER BENEVOLENT SOCIETY, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

AMITY PICTURES CORPORATION, LTD., Respondent, v. EDUCATIONAL FILM EXCHANGES, INC., and EDUCATIONAL PICTURES, INC., Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ALICE HOFFMAN and UNITED STATES TRUST COMPANY OF NEW YORK, Respondents, v. ELSIE FRAAD, Defendant, Impleaded with EMIL FRAAD, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JULIUS MINEZ, Respondent, v. CHARLES E. MERRILL and Others, Appellants.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of PATRICK J. O'CONNOR, Respondent, v. MURRAY HIRSCH, Appellant.— No evidence was adduced to establish the fact that defendant knowingly left the scene of the accident. To the contrary, the testimony of the defendant's witnesses proved conclusively that the taxicab driver was not aware of the fact that his taxicab came in contact with complainant's car. There is no violation of Vehicle and Traffic Law, section 70, subdivision 5-a, unless it is shown beyond a reasonable doubt that the defendant had knowledge that there was an accident. (*People* v. *Thomas*, 232 App. Div. 475; *People* v. *Shlansky*, 256 N. Y. 538; *People ex rel. Scott* v. *Goldman*, 236 App. Div. 788.) Judgment reversed, the information dismissed and the fine remitted. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

DETROIT FIDELITY AND SURETY COMPANY, Appellant, v. LLOYDS FIRST MORTGAGE CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

FRANCESCO BERTOLLI, a Corporation, Respondent, v. G. BERTOLLI CORPORATION and LAWRENCE GERVASIO, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of RUTH WHITEHEAD WHALEY, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JACOB SPIELBERG, Respondent, v. HARRY SCHWEID, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

12 EAST TWENTY-SECOND STREET CORPORATION, Respondent, v. CAMBRIDGE HANDKERCHIEF WORKS, INC., Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

12 EAST TWENTY-SECOND STREET CORPORATION, Respondent, v. CAMBRIDGE HANDKERCHIEF WORKS, INC., Appellant.— Order affirmed, with twenty dollars

costs and disbursements. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BERTHA GREENBERG and JACOB GREENBERG, Respondents, v. 933 EAST ONE HUNDRED AND EIGHTY-FIRST STREET REALTY CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HARRY SHERMAN, as President, etc., and Others, v. ARTHUR ABELES and Others.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals and for a stay granted. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [See ante, p. 676.]

GERTRUDE CASRIEL, Appellant, v. BROSAN ESTATES, INC., Respondent, and EVABELLE CONSTRUCTION CORPORATION, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

In the Matter of the Application of MANUFACTURERS TRUST COMPANY, Respondent, for Its Discharge as Trustee under a Certain Agreement Dated as of May 21, 1931, Made between NEW YORK REALTY & IMPROVEMENT COMPANY, INCORPORATED, CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY, as Trustee, CHASE NATIONAL BANK, BANK OF MANHATTAN TRUST COMPANY and CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY, and All Agreements Supplemental Thereto. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK and THE PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.; Finch, P. J., takes no part.

JOHN E. KLEIST, Respondent, v. GENERAL OUTDOOR ADVERTISING CO., INC., Appellant.— Order reversed, with twenty dollars costs and disbursements to the appellant. The plaintiff may examine Joseph P. Bohan and the material produced by him. After such examination the motion for inspection and discovery may be renewed if there is any necessity for such renewal. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GEORGE W. MERCER, JR., as Sole Surviving Trustee, etc., for the Benefit of HELEN B. MERCER, Plaintiff, v. BIAGIO COLLURA, Respondent, Impleaded with Another. (GERHARD KUEHNE, Receiver, Appellant.) — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

PHILIPPINE REFINING CORPORATION OF NEW YORK, Respondent, v. SILVER LINE, LTD., Appellant.— Determination affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Finch, P. J., dissents and votes to reverse and grant motion for leave to amend answer upon payment of $250 and disbursements.

In the Matter of the Petition of ABRAHAM SIEGEL, Appellant, Respondent, for the Discharge of a Certain Mortgage. OSCAR H. CILLIS, Respondent, Appellant.— Orders affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOHANNA RISCHKE, Respondent, v. GREY S. STAPLES and Others, Defendants, Impleaded with RICHARD J. REYNOLDS, Also Known as DICK REYNOLDS, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion